UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

|  |  |
|---|---|
| JUDITH G. BRADSHAW,<br><br>                Plaintiff(s),<br><br>vs.<br><br>ZURICH INSURANCE COMPANY, LTD,<br><br>                Defendant(s). | Case No. 2:15-cv-01861-JCM-NJK<br><br>ORDER<br><br>(Docket No. 5) |

      Pending before the Court is Plaintiff's motion for an order enlarging time for service of process. Docket No. 5. The Court's discretion to extend time for service is broad. *In re Sheehan*, 253 F.3d 507, 513 (9th Cir. 2001). For good cause shown, the Court hereby GRANTS Plaintiff's motion and extends the Rule 4(m) deadline for sixty days from February 28, 2016, to April 28, 2016.

      The Clerk's Office is INSTRUCTED to mail a copy of this Order to:

Judith G. Bradshaw
c/o Harold V. Grant
Winterberry Heights Assisted Living
932 Ohio Street, #212
Bangor, ME 04401

IT IS SO ORDERED.

DATED: March 3, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge