# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JUDITH G. BRADSHAW,                              )
                    Plaintiff,              )
                            )
vs.                                              )
                            )
ZURICH INSURANCE COMPANY, LTD,                   )
                  Defendant.               )
_____          )

Case No. 2:15-cv-01861-JCM-NJK

ORDER

(Docket No. 7)

Pending before the Court is Plaintiff's second motion for an to extend time to complete service of process.  Docket No. 7.

Fed.R.Civ.P. 4(m) provides,

> (m) *Time Limit for Service*. If a defendant is not served within 120 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period. This subdivision (m) does not apply to service in a foreign country under Rule 4(f) or 4(j)(1).

The Court's discretion to extend time for service is broad.  *In re Sheehan*, 253 F.3d 507, 513 (9th Cir. 2001).  For good cause shown, the Court hereby GRANTS Plaintiff's motion, Docket No. 7, and extends the Rule 4(m) deadline to May 31, 2016.

IT IS SO ORDERED.

DATED: May 4, 2016.

_____
NANCY J. KOPPE
United States Magistrate Judge